UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHERESE JOHNSON,

    Plaintiff,   No. 21-10930

v.   Honorable Nancy G. Edmunds

LOUIS DEJOY, POSTMASTER GENERAL
OF THE UNITED STATES,

    Defendant.
_____/

## JUDGMENT

    Being fully advised in the premises, having read the pleadings, and for the reasons set forth in the Court's Opinion and Order Granting Defendant's Motion for Summary Judgment (ECF No. 19),

    IT IS ORDERED AND ADJUDGED that this case is hereby DISMISSED with prejudice.

    SO ORDERED.

                              s/Nancy G. Edmunds
                              Nancy G. Edmunds
                              United States District Judge

Dated: February 1, 2023

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 1, 2023, by electronic and/or ordinary mail.

                              s/Lisa Bartlett
                              Case Manager